

**TENNESSEE BUREAU OF WORKERS' COMPENSATION**
**IN THE COURT OF WORKERS' COMPENSATION CLAIMS**
**AT MURFREESBORO**

| | |
|---|---|
| **CHARLES BROWN,**<br>　　　　**Employee**,<br>**v.**<br>**OW CHICKEN STAR, LLC,**<br>　　　　**Employer**,<br>**and**<br>**WESTFIELD INS. CO.,**<br>　　　　**Carrier.** | **Docket No. 2023-50-5353**<br><br>**State File No. 22301-2022**<br><br>**Judge Dale Tipps** |

---

## COMPENSATION ORDER GRANTING BENEFITS

---

The Court held a Compensation Hearing on July 30, 2026, on Mr. Brown's request for permanent partial disability benefits. For the reasons below, the Court holds he is entitled to permanent partial disability benefits totaling $6,124.09 as well as future medical benefits.

### Claim History

Mr. Brown was working at one of Chicken Star's restaurants when he fell in the cooler on February 25, 2022. He reported a back injury to his supervisor, who sent him home early. That was the last day Mr. Brown worked at any job.

Chicken Star furnished medical treatment, including decompressive laminectomy and discectomy surgery by Dr. James Fish.

Mr. Brown testified that he had a history of COPD and previous back surgery, but neither condition interfered with his ability to work. After his surgery for this injury, he spent several weeks in a rehabilitation facility because of increased pulmonary symptoms. He now must use oxygen every day. Mr. Brown believes these problems were caused by the surgery made necessary by his work injury.

1

Asked about his current condition, Mr. Brown described daily back and leg pain and numbness. He said these symptoms have continued to worsen since his surgery. As a result, he is unable to work.

The parties agreed to the following:

1. Mr. Brown sustained an injury by accident arising out of the course and scope of his employment.
2. Mr. Brown reached maximum medical improvement on September 7, 2022.
3. Mr. Brown received temporary total disability benefits from February 26, 2022, to September 7, 2022.
4. Chicken Star advanced permanent disability benefits of $1,989.68.
5. Mr. Brown's compensation rate is $159.00
6. Mr. Brown's pulmonary condition is not a compensable condition.
7. Mr. Brown is not permanently and totally disabled.

Dr. Fish testified by deposition. He said that Mr. Brown's future pain management and restrictions would not be related to his work injury. Dr. Fish also said the lumbar spine surgery was not the cause of more than 50% of the aggravation of his pulmonary condition. He assigned lifting and postural restrictions, along with an impairment rating of 7%.

Mr. Brown requested permanent disability benefits that would compensate him for all his lost wages since February 2022, as well as his future disability. Chicken Star contended that his recovery is limited to the original award and increased awards in the statute.

**Findings of Fact and Conclusions of Law**

Mr. Brown has the burden of proof on all essential elements of his claim and must show by a preponderance of the evidence that he is entitled to the requested benefits. Tenn. Code Ann. § 50-6-239(c)(6) (2025); *Willis v. All Staff*, 2015 TN Wrk. Comp. App. Bd. LEXIS 42, at *18 (Nov. 9, 2015).

Because Mr. Brown's injury is compensable, he is entitled to permanent partial disability benefits for that condition. Tenn. Code Ann. § 50-6-207(3)(A).

Dr. Fish testified that the impairment rating for Mr. Brown's back injury under the *AMA Guides,* 6th edition is 7%. This rating represents an initial permanent partial disability award of $5,008.50, minus the advance of $1,989.68.

2

The analysis does not end there, however. If an employee has not returned to work at an equal or greater rate of pay by the end of the initial compensation period, they may be entitled to increased benefits based on their work status and age. *Id.* § 50-6-207(3)(B).

Mr. Brown testified that he was unable to return to work when his compensation period ended in 2023. Chicken Star presented no proof to rebut that testimony and offered no evidence that it had work available for him. For these reasons, the Court holds that Mr. Brown is entitled to increased benefits under section 50-6-207(3)(B) because he did not return to work and is over the age of 40. Applying these factors to the original award, he is entitled to increased permanent partial disability benefits of $3,105.27.

During the hearing, Mr. Brown acknowledged his understanding of the current law's benefit scheme. However, he felt that his injury and its effect on his employment justified an award of benefits in excess of the prescribed calculations. While the Court is sympathetic to Mr. Brown's plight, it has no authority to award more disability benefits on the facts of this case.

**IT IS, THEREFORE, ORDERED** as follows:.

1. OW Chicken Star, LLC shall pay Mr. Brown initial permanent partial disability benefits of $5,008.50 less the advance of $1,989.68, plus increased benefits of $3,105.27.

2. OW Chicken Star, LLC shall continue to furnish reasonable, necessary, and work-related future medical benefits under section 50-6-204.

3. Mr. Brown's attorney is entitled to a 20% fee from this award under Tennessee Code Annotated section 50-6-226(a)(1). His attorney may file a motion for discretionary costs and an affidavit under Rule 54 of the Tennessee Rules of Civil Procedure within seven days of the date of this Order.

4. The Court taxes the $150.00 filing fee to OW Chicken Star, LLC, to be paid to the Court Clerk under Tennessee Compilation Rules and Regulations 0800-02-21-.06 within five business days of this order becoming final, and for which execution might issue if necessary.

5. OW Chicken Star, LLC shall file a Statistical Data Form (SD-2) with the

Court Clerk within ten business days of the date this order becomes final.

6. Unless appealed, this order becomes final 30 days after entry.

**ENTERED JULY 31, 2026.**

_____
**JUDGE DALE TIPPS**
**Court of Workers' Compensation Claims**

## APPENDIX

**Exhibits:**
1. Transcript of Dr. Fish's deposition

## CERTIFICATE OF SERVICE

I certify that a copy of this order was sent as shown on July 31, 2026.

| Name | Email | Service sent to: |
|---|---|---|
| Wm. Kennerly Burger, Employee Attorney | X | kenburger@comcast.net |
| Thomas W. Tucker III, Employer's Attorney | X | tomtucker@bellsouth.com |

_____
**PENNY SHRUM, COURT CLERK**
**wc.courtclerk@tn.gov**